UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-115(DSD/JMM)

Julie Paine,

Plaintiff,

v.

Compass America, Inc. and
Stuart Harris

Defendant.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Individual Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: January 22, 2002

David S. Doty, Judge
U.S. District Court

(1)

FILED JAN 2 2 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Date: January 22, 2002 jr

R E C O R D   O F   D O C K E T   T E X T

0:02-cv-00115 Paine v. Compass America Inc

DOCKET ENTRY

Disqualification and ORDER for reassignment ( Judge David S. Doty) pursuant to recusal. Case reassigned to Chief Judge James M. Rosenbaum per the ind. civil rights list, and Case referred to Judge Franklin L. Noel. Case number remains the same except for Judges' initials 02-115 JMR/FLN. Case number with new Judges' initials to be used on all future pleadings and papers submitted to the Court regarding this civil action 02-115 JMR/FLN. 1pg (c:attys.)

Hon. James M Rosenbaum, Judge

THIS NOTICE SENT TO ALL COUNSEL