UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Julie Paine,

Plaintiff,

vs.

Compass America, Inc. and
Stuart Harris,

Defendants.

Court File No. Civil 02-115 JMR/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-entitled action may be and hereby is dismissed with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action.

**LORI PETERSON & ASSOCIATES**

Dated: 3-29-02

By ____________
Lori Peterson (#212496)
Attorneys for Plaintiff
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 321-0606

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: ____________

By ____________
Laura J. McKnight (License #70993)
Attorneys for Defendant Compass
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 333-3000

FILED 4-5-02
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED 4-5-02
DEPUTY CLERK'S INITIALS ____

## ORDER

Pursuant to the foregoing Stipulation of Dismissal with Prejudice, the above-entitled matter is hereby dismissed with prejudice and on the merits without costs or disbursements to any party and that a judgment of dismissal with prejudice and on the merits shall be entered immediately.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: April 4, 2002

Judge of the U. S. District Court